**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SANDRA RIVERA,

              Plaintiff,                    24 **CIVIL** 2281 (MMG)(JW)

    -v-                                    **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 6, 2024, that the final decision of the Commissioner be reversed, and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:**  New York, New York

       November 7, 2024

                                                  **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                               **BY:**  _____
                                                   **Deputy Clerk**